**97–775.   Reid v. Esprit Contractors, Inc.**
Summit App. No. 17870.   Reported at 79 Ohio St.3d 1449, 680 N.E.2d 1022.   On motion for reconsideration.   Motion denied.

F.E. SWEENEY, J., dissents.

**97–788.   Mueller v. Vandalia.**
Montgomery App. No. 16158.   Reported at 79 Ohio St.3d 1457, 681 N.E.2d 440.   On motion for reconsideration.   Motion denied.

DOUGLAS and F.E. SWEENEY, JJ., dissent.

On renewed motion for sanctions.   Motion denied.

COOK, J., dissents.

**97–843.   State v. Licitri.**
Summit App. No. 17981.   Reported at 79 Ohio St.3d 1446, 680 N.E.2d 1020.   On motion for reconsideration.   Motion denied.

**97–960.   State ex rel. Wallace v. Cuyahoga Cty. Court Clerk.**
In Mandamus.   Reported at 79 Ohio St.3d 1444, 680 N.E.2d 1018.   On motion for reconsideration. Motion denied.

LUNDBERG STRATTON, J., dissents.